| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
| --- | --- | --- | --- |
| 1. | Debtor's name | EEA Sterling Fund LTD | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 81-4996196 | |

| | | | |
| --- | --- | --- | --- |
| 4. | Debtor's address | **Principal place of business**<br><br>4 Sands Point Rd<br><br>Monsey, NY 10952<br>Number, Street, City, State & ZIP Code<br><br>Rockland<br>County | **Mailing address, if different from principal place of business**<br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | EEA Sterling Fund LTD | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**7.  Describe debtor's business**

A. *Check one.*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5313

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*

  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number, if known | |

| Debtor | EEA Sterling Fund LTD | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | EEA Sterling Fund LTD | Case number (if known) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     October 23, 2023
                MM / DD / YYYY

X _____        Chana Goldman
Signature of authorized representative of debtor    Printed name

Title    Authorized Representative

**18. Signature of attorney**

X _____        Date    October 23, 2023
Signature of attorney for debtor                    MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone _____    Email address    knash@gwfglaw.com

NY
Bar number and State

**COMPANY RESOLUTION IN SUPPORT OF THE CHAPTER 11 FILING**

WHEREAS, in accordance with the Company's By-Laws, a special meeting of the shareholders and directors of EEA Sterling Fund LTD (the "Company") having been called and convened on October 23, 2023 and upon motion duly made and carried, the following resolutions were adopted:

> **RESOLVED,** the Company is authorized to file a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York; and it is further

> **RESOLVED,** that the Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer; and it is further

> **RESOLVED,** that Chana Goldman, as an Authorized Representative, is responsible for prosecuting the Company's Chapter 11 case.

Dated:    New York, New York
          October 23, 2023

                              EEA Sterling Fund LTD

                              By:    _____
                                     Yechiel Goldman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re:                                                              Chapter 11

EEA Sterling Fund LTD,
                                                                    Case No.
                                    Debtor.
------------------------------------------------------------------x

## DECLARATION PURSUANT TO
## THE LOCAL BANKRUPTCY RULES

Chana Goldman declares the following under penalties of perjury pursuant to 28 U.S.C. §

1746:

1.       I am an officer of EEA Sterling Fund LTD (the "Debtor"), and as such, I am fully

familiar with the facts and circumstance set forth herein. I respectfully submit this Declaration in

accordance with Local Bankruptcy Rule 1007-2 in support of the Debtor's filing of a voluntary

petition under Chapter 11 of the Bankruptcy Code. This Declaration was prepared in conjunction

with the Debtor's attorneys' review of the public filings in the state court and federal Bankruptcy

Court.

2.       The purpose of this Declaration is to provide the Court and creditors alike with an

overview of the Debtor's debt and capital structure, the facts and circumstances prompting the

necessity for the filing of this Chapter 11 case, as well as the Debtor's overall strategy to emerge

from bankruptcy, while reserving all rights to challenge alleged mortgage debt for the reasons

highlighted below.

## BACKGROUND

3.       The Debtor owns two condominium apartments located at 325 Fifth Avenue, New

York, NY, Units 11G and 17G (collectively, the "Units"). The Units were acquired in 2017 from

one Samuel Ehrenthal ("Ehrenthal"), who subsequently filed a petition under the Chapter 7 of the

Bankruptcy Code on December 16, 2019 in the Southern District of New York (Case No. 19-24169-DSJ). Ehrenthal's Chapter 7 case was fully administered by Marianne O'Toole as trustee (the "Trustee")[1], who filed a final report and account after reaching a settlement with the Debtor concerning an alleged avoidance claim relating to the acquisition of Unit 17G. Under the terms of the settlement, all claims of Ehrenthal's bankruptcy estate against the Debtor were released.

4.      Thus, the Debtor was surprised to learn recently that Unit 11G is now subject to an imminent foreclosure sale scheduled for October 25, 2023. The foreclosure is being pursued by U.S. Bank National Association as Trustee for Deutsche ALT-A Securities Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-2 ("U.S. Bank") as successor to Greenpoint Mortgage Funding ("Greenpoint"). The Debtor was never served with any papers in the foreclosure action even though the Debtor has owned Unit 11G over the last six years.

5.      Indeed, U.S. Bank is proceeding without notice to the Debtor despite U.S. Bank having had direct firsthand knowledge that the Debtor (not Ehrenthal) owns Unit 11G. U.S. Bank expressly acknowledged the Debtor's ownership as far back as January 20, 2020 when U.S. Bank moved for relief from the automatic stay in Ehrenthal's Chapter 7 case, contending that the Debtor and not Ehrenthal owned Unit 11G.

6.      Once the stay was vacated, U.S. Bank apparently returned to the State Court but conspicuously failed to serve the Debtor with any further proceedings in the foreclosure action.

---

[1] The Debtor's attorneys represented Ehrenthal in his Chapter 7 case, but did not represent the Debtor in connection with the litigation commenced by the Trustee. The Debtor was represented by Michael Levine, Esq. in connection with that litigation. In the wake of the ensuing settlement, the Estate and Ehrenthal have no claims against the Debtor and hence no conflict exists. Thus, the Debtor has engaged Goldberg Weprin Finkel Goldstein LLP as counsel due to the firm's overall familiarity with the Units.

2

Exacerbating matters, the Debtor as owner of Unit 11G was not even served by U.S. Bank with its motion to lift the automatic stay.

7.      Due to the lack of notice and other infirmities, the Debtor has opted to seek Chapter 11 relief to gain the benefit of an immediate stay while it challenges U.S. Bank's continuing right, if any, to asset a mortgage claim against Unit 11G.

8.      Importantly, and coincidentally, the Debtor is a party to written contracts to sell of each of the Units to third parties.  The Debtor now intends to utilize Chapter 11 to complete the sale of the Units (free and clear of all claims) while the Debtor challenges the disputed mortgage liens.  Besides U.S. Bank's disputed claim regarding Unit 11G, Unit 17G is also subject to a disputed mortgage asserted by Wells Fargo Bank, National Association ("Wells Fargo"), discussed below as well.

## EVENTS LEADING TO CHAPTER 11 FILING

A.    **Unit 11G**

9.      The foreclosure proceedings relating to Unit 11 G have a complex litigation history, which is worth reviewing so that the Debtor's objectives can be appreciated even at this early stage in bankruptcy.  Historically, Unit 11G was subject to a first mortgage lien securing a loan made by Greenpoint in 2007 in the original principal amount of $607,500.  A foreclosure proceeding was first commenced about seventeen (17) years ago on October 16, 2008 (the "2008 Action"), and a judgment of foreclosure and sale was obtained on October 8, 2009.  No sale was ever noticed or conducted following entry of the judgment of foreclosure for a period of 14 years.

10.     Inexplicably, after a judgment of foreclosure laid dormant for many years, a separate second foreclosure action was commenced by U.S. Bank as successor to Greenpoint on December 14, 2014 (the "2014 Action").  Given the prior action and passage of time, a number of

3

defenses were raised in opposition made to the 2014 Action.  The Court granted summary
judgment and dismissed the 2014 Action on August 14, 2019.

11.    Thereafter, U.S. Bank was given a reprieve, when the Court in the 2008 Action
allowed U.S. Bank to restore the matter to active status and extended the deadline to conduct a
foreclosure sale. Specifically, on or about April 11, 2022, the Court entered an Order restoring the
judgment of foreclosure but limited any recovery by U.S. Bank to $634,142.42 without recovery
of interest or fees by reason of U.S. Bank's delay in prosecuting the 2008 Action, which the Court
labeled as "malevolent".

12.    Despite the reprieve, U.S. Bank again delayed in proceeding with a foreclosure sale.
Instead, U.S. Bank moved again for a further extension of the deadline to conduct the foreclosure
sale. The Debtor also did not receive notice of this motion.  Without opposition, the State Court
on May 31, 2023 fixed a new deadline of 180 days to conduct a sale predicated upon the direction
that:

> Plaintiff [U.S. Bank] shall upload the notice of sale to NYSCEF at least 21 days
> before the sale . . . .

13.    While a sale has been noticed for October 25, 2023, U.S. Bank failed to properly
comply to the Court's direction.  Rather than upload the notice of sale to the docket in the 2008
Action, U.S. Bank inexplicably uploaded the notice of sale to docket in the dismissed 2014 Action.
As such, there has been a violation of the May 31, 2023 Order by virtue of the misfiled notice of
sale. U.S. Bank never obtained an Order correcting the defect.

**B.    Unit 17G**

14.    The Debtor also retains objections concerning the mortgage against Unit 17G.  This
mortgage was the subject of the Bankruptcy Court settlement referenced above to which Wells

4

Fargo was a party. The action in the Bankruptcy Court was commenced by the Trustee who contested the transfer of Unit 17G and the validity of the mortgage.

15.    Historically, Unit 17G was likewise owned by Ehrenthal, and transferred to the Debtor in 2017. Unit 17G was originally encumbered by two mortgage liens securing loans made by HSBC Mortgage Corporation (USA) in the total aggregate principal amount of $720,350. Thereafter, the notes and mortgages were assigned to Wells Fargo, which commenced a foreclosure action on March 9, 2009.

16.    No meaningful action was taken in that foreclosure for about a decade prior to Ehrenthal's bankruptcy. Moreover, Wells Fargo delayed another three (3) years before ever obtaining stay relief in the Bankruptcy Court in March, 2023 to proceed with the foreclosure, and has done nothing since. Given these inexplicable delays, the mortgage claims of Wells Fargo are subject to dismissal for want of prosecution and malevolent delay.

### Local Rule 1007-2 Disclosures

17.    Pursuant to Local Rule 1007-2(a)(3), no committee of creditors was formed prior to the filing of the Petition.

18.    Pursuant to Local Rule 1007-2(a)(4), a list of the Debtor's twenty largest creditors is included as part of the Petition.

19.    Pursuant to Local Rule 1007-2(a)(5), the Units are each subject to disputed mortgage liens as discussed above.

20.    Pursuant to Local Rule 1007-2(a)(6), the Debtor's assets and liabilities are set forth in the accompanying bankruptcy schedules.

21.    Pursuant to Local Rule 1007-2(a)(7), my husband, Yechiel Goldman, is the sole shareholder and officer of the Debtor.

22.    Pursuant to Local Rule 1007-2(a)(8), no receiver or other custodian has been appointed to operate the Units, although a Referee has been appointed with respect to the sale of Unit 11G.

23.    Pursuant to Local Rule 1007-2(a)(9), both units are located at 325 Fifth Avenue, New York, NY. In anticipate of the sales, the Units have been vacated.

24.    Pursuant to Local Rule 1007-2(a)(10), the Debtor's books and records are in possession of my husband, Yechiel Goldman in Monsey, NY.

25.    Pursuant to Local Rule 1007-2(a)(11), a list of lawsuits is annexed hereto.

26.    Pursuant to Local Rule 1007-2(a)(12), neither my husband nor I currently receive salary or other compensation from the Debtor.

Dated: New York, New York
       October 23, 2023

By:  _____
     Chana Goldman

6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                            Chapter 11

EEA Sterling Fund LTD,                                            Case No.

                                    Debtor.
-------------------------------------------------------------X

## LIST OF EQUITY HOLDERS

Yechiel Goldman       100%


Dated: New York, New York
       October 23, 2023

                              EEA Sterling Fund LTD

                              By:  _____
                                   Name: Chana Goldman
                                   Title:  Authorized Representative

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                              Chapter 11

EEA Sterling Fund LTD,                                              Case No.

                                        Debtor.
-----------------------------------------------------------------x

## LIST OF LAWSUITS

1.    Greenpoint Mortgage Funding, Inc. v. Samuel Ehrenthal et al.
      Supreme Court of the State of New York, New York County
      Index # 115170/2008
      Foreclosure Action

      Plaintiff's Attorney:
      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
      900 Merchants Concourse, Suite 310
      Westbury, NY 11590

2.    Wells Fargo Bank, N.A. v. Samuel Ehrenthal et al.
      Supreme Court of the State of New York, New York County
      Index No. 103245/2009
      Foreclosure Action

      Plaintiff's Attorneys:
      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
      900 Merchants Concourse, Suite 310
      Westbury, NY 11590

      and

      McCabe, Weisberg & Conway LLC
      10 Midland Avenue, Suite 205
      Port Chester, NY 10573

Dated: New York, NY
       October 23, 2023

                                        EEA Sterling Fund LTD

                                        By: _____
                                        Name: Chana Goldman
                                        Title:  Authorized Representative

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                              Chapter 11

EEA Sterling Fund LTD                                               Case No.

                                    Debtor.
----------------------------------------------------------x

**BANKRUPTCY RULE 7007.1 AND E.D.N.Y. LBR 1073-3**
**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rule 7007.1 and E.D.N.Y. LBR 1073-3, EEA Sterling

Fund LTD certifies that it is a private non-governmental party, and has no corporate parent,

affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       October 23, 2023

                                    EEA Sterling Fund LTD

                                    By: _____
                                        Name: Chana Goldman
                                        Title:  Authorized Representative

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | EEA Sterling Fund LTD |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Levine & Assocates 15 Barclay Road Scarsdale, NY 10583 | | | | | | $36,775.00 |
| Robert L. Reda 4 Executive Drive, Suite 101 Suffern, NY 10901 | | | | | | $11,631.00 |
| William Landhauser 575 Madison Avenue New York, NY 10021 | | | Unliquidated | | | $0.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    EEA Sterling Fund LTD

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☒ Schedule H: Codebtors (Official Form 206H)
☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 23, 2023    X _____
                                    Signature of individual signing on behalf of debtor

                                    Chana Goldman
                                    Printed name

                                    Authorized Representative
                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    EEA Sterling Fund LTD

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☒ No.   Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

Debtor    EEA Sterling Fund LTD                                           Case number *(If known)* _____
          _____
          Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

Part 8:    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

Part 9:    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Unit 11G<br>325 Fifth Avenue<br>New York, NY | Condominium Apartment | $0.00 | | $990,000.00 |
| 55.2.  Unit 17G<br>325 Park Avenue<br>New York, NY | Condominium Apartment | $0.00 | | $1,030,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $2,020,000.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

Part 10:    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

Part 11:    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor ___EEA Sterling Fund LTD_____     Case number *(if known)* _____
      *Name*

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | Deposit being held on contract to sell Unit 11G | $99,000.00 |
| | Deposit being held on contract to sell Unit 17G | $103,000.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $202,000.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>☒ No<br>☐ Yes | |

Debtor ___EEA Sterling Fund LTD_____ Case number *(If known)* _____
      Name

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $2,020,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $202,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $202,000.00 | + 91b. $2,020,000.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $2,222,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    EEA Sterling Fund LTD

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim *Do not deduct the value of collateral.* | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** U.S. Bank National Association as Truste | **Describe debtor's property that is subject to a lien** Unit 11G325 Fifth AvenueNew York, NY | $634,142.42 | $990,000.00 |

**Creditor's Name**
c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
900 Merchants Concourse, Suite 310

Westbury, NY 11590
Creditor's mailing address

**Describe the lien**
First Mortgage
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

| | | | |
|---|---|---|---|
| **2.2** Wells Fargo Bank N.A. | **Describe debtor's property that is subject to a lien** Unit 17G325 Park AvenueNew York, NY | $720,350.00 | $1,030,000.00 |

**Creditor's Name**
c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
900 Merchants Concourse, Suite 310

Westbury, NY 11590
Creditor's mailing address

**Describe the lien**
First Mortgage
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No

Date debt was incurred

Debtor    EEA Sterling Fund LTD                                         Case number (if known) _____
              Name

                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☒ Unliquidated |
| | ☒ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $1,354,492,42 |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    EEA Sterling Fund LTD

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>NYC Dep't of Finance<br>Legal Affairs, Collection Unit 375<br>Pearl St Apt 30<br>New York, NY 10038-1442 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address<br>NYS   Dept of Taxation<br>Bankruptcy/Special Procedure<br>PO Box 5300<br><br>Albany, NY 12205 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 1 of 2

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **EEA Sterling Fund LTD**
_____
Name

Case number (if known) _____

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Levine & Assocates<br>15 Barclay Road<br>Scarsdale, NY 10583<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | $36,775.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Robert L. Reda<br>4 Executive Drive, Suite 101<br>Suffern, NY 10901<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | $11,631.00 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>William Landhauser<br>575 Madison Avenue<br>New York, NY 10021<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | Unknown |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | NYC Department of Law<br>Attn: Bernadette Brennan, Esq. 100 Church St Rm 5-233<br>New York, NY 10007-2601 | Line  2.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | NYS Attorney General<br>28 Liberty St<br>New York, NY 10005-1400 | Line  2.3<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 48,406.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 48,406.00 |

Fill in this information to identify the case:

Debtor name   EEA Sterling Fund LTD

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.      12/15

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*
   (Official Form 206A/B).      *Property*

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Contract to sell Unit 17G |
| | State the term remaining | |
| | List the contract number of any government contract | Alex Duho Lee c/o Yu Mi Hong, Esq. 38-29 150th Street Flushing, NY 11354 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Contract to sell Unit 11G |
| | State the term remaining | |
| | List the contract number of any government contract | Alice Haichin Hsieh c/o Jing An, Esq. Altman & An LLP 37-12 Prince Street, Unit 10B Flushing, NY 11354 |

**Fill in this information to identify the case:**

Debtor name    EEA Sterling Fund LTD

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                                    Column 2: Creditor

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |

Fill in this information to identify the case:

Debtor name    EEA Sterling Fund LTD

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................    $    2,020,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................    $    202,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................    $    2,222,000.00

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.....................    $    1,354,492.42

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................    $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................    +$    36,775.00

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b    $    1,391,267.42

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**United States Bankruptcy Court**
**Southern District of New York**

In re  EEA Sterling Fund LTD

_____

Debtor(s)

Case No. _____

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   October 23, 2023

Chana Goldman/Authorized Representative
Signer/Title

Software Copyright (c) 1996-2023 Best Case, LLC  - www.bestcase.com

Best Case Bankruptcy

Alex Duho Lee
c/o Yu Mi Hong, Esq. 38-29 150th Street
Flushing, NY 11354


Alice Haichin Hsieh
c/o Jing An, Esq. Altman & An LLP
37-12 Prince Street, Unit 10B
Flushing, NY 11354


Internal Revenue Service
Centralized insolvency Operations
PO Box 7346
Philadelphia, PA 19101


Levine & Assocates
15 Barclay Road
Scarsdale, NY 10583


NYC Department of Law
Attn: Bernadette Brennan, Esq. 100 Churc
New York, NY 10007-2601


NYC Dep't of Finance
Legal Affairs, Collection Unit 375 Pearl
New York, NY 10038-1442


NYS  Dept of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205


NYS Attorney General
28 Liberty St
New York, NY 10005-1400


Robert L. Reda
4 Executive Drive, Suite 101
Suffern, NY 10901


U.S. Bank National Association as Truste
c/o Robertson, Anschutz, Schneid, Crane
900 Merchants Concourse, Suite 310
Westbury, NY 11590


Wells Fargo Bank N.A.
c/o Robertson, Anschutz, Schneid, Crane
900 Merchants Concourse, Suite 310
Westbury, NY 11590


William Landhauser
575 Madison Avenue
New York, NY 10021